FILED 03 FEB '16 10:33USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
~~EUGENE~~ DIVISION
portland

Peter Alexander Soria SID # 15831107
(Enter full name of plaintiff(s))

Plaintiff(s),

v.

Huy Fong Foods Inc

(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. 6:16-cv-205-BR
(to be assigned by Clerk of the Court)

PRISONER CIVIL RIGHTS COMPLAINT

I.

A. Have you brought any other action or appeal in a court of the United States while a prisoner?

Yes ☒    No ☐

B. If your answer to A is yes, how many? __1__. Describe the lawsuit(s) in the space below. *(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)*

1. Parties to the previous lawsuit:

Plaintiff(s): Peter Alexander Soria

Defendant(s): State of oregon,

_____

2. Court: US district cart
3. Docket Number: 6:15-cv-01025-TC
4. Name of judge to whom case was assigned: unknown
5. Disposition (Was the case dismissed? Was it appealed? Is it still pending?)

   Dismissed fail to state a claim
   Requesting a reinstatement of case do to relation
   and to consolidate fee's and defendants

6. Approximate date of filing: July, 2015 est
7. Approximate date of disposition: October, 2015 est

## II.

A. Place of confinement: ODOC-OSCI

B. Is there a prisoner grievance procedure in this institution?

   Yes ☒    No ☐

C. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐    No ☒

   If your answer is no, explain why not:

   I have filed Tort claim notices

D. Is the grievance process completed?

   Yes ☒    No ☐

## III. PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A.  Name of plaintiff: Peter Alexander Soria

   Security Identification No.: 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

   Address: OSCI - 3405 Deer Park Drive SE
   Salem OR 97310

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.)*

B.  Defendant Huy Fong Foods Inc is employed as Unknown
   at California

   Defendant _____ is employed as _____
   at _____

   Defendant _____ is employed as _____
   at _____

   Defendant _____ is employed as _____
   at _____

   Defendant _____ is employed as _____
   at _____

   Additional defendants: _____
   _____
   _____

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

Cruel and unusal Punishment with Supporting violations, Breach of covenant of good faith and fair dealings, Invaism of Privecy, Intentional Infliction of emotional distress, Personal Injury (illness) Baldness Defamation, negligence (Please See attached document for additional violations)

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

Please See attached Pages as Statement claims and additional Incidents defendants are still committing Damages on and after Incident, Requesting to make Statement claim act as a Tort notice and affidavit
(Guilty by assocration)
Requesting to Subpoena evidence of a physical illness I mailed to multnomah co. circuit courthouse of PDX, oregon & Washington co. hillsboro, oregon circuit courthouse Seeking to consolidate defendants in to district court

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V.   RELIEF

State <u>briefly</u> exactly relief you are seeking.  Make no legal arguments.  Cite no cases or statutes.

$100,000,000 dollars or the full extent of law which ever greater and legal expenses in 24 hrs of judgment in one lump sum, made Payable to Plaintiff and Place on Inmate trust account at Department of corrections central Trust Accounting Unit P.o. Box 14400 Salem, Oregon 97309-5077 Peter Alexander Soria SID# 1583107 and deduct all state and federal funds that Plaintiff owes for court fee's

Signed this __25__ day of __January__, 20__16__.

_____
*(Signature of Plaintiff(s))*