IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF Multnomah

Peter Alexander Soria ,
          **Plaintiff,**

    vs.

Huy Fong Foods Inc

         **Defendant(s)**

)
)
)
)  Civil No. _____
) motion of judgement
) civil complaint
)  **Complaint** of negligence, Defamation, and
) Intentional Infliction of emotional Distress
)
)
)
)
)
)
) ORS. 21.698

1.

PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealin with the same facts involved in this action or otherwise relating to lyour imprisonment? Yes (____) No (X)

B.    if your answer to A is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.

///

///

///

///

///

1   1.  Parties to this previous lawsuit:

2           Plaintiff(s):_____

3           _____

4           _____

5           Defendant(s):_____

6           _____

7           _____

8   2.  Court (if federal court, name the district; if state court, name the county):

9           _____

10  3.  Docket Number:_____

11  4.  Name of Judge to whom case was assigned:

12          _____

13  5.  Disposition (Was case dismissed? Was it appealed?  Is it still pending?):_____

14  _____

15  6.  Approximate date of filing lawsuit:_____

16  7.  Approximate date of disposition:_____

17                                      **2.**

18  (In item A below, place your name in the first blank and place your present address in the

19  second blank.  Do the same for additional plaintiffs, if any)

20  A.      Name of Plaintiff: Peter Alexander Soria

21          Address: OSCI Deer Park Drive SE Salem OR 97310

22          _____

23  ///

24  ///

Form 10.030  08/17/15

1    (In item B below, place the full name of the defendant in the first blank, his official

2    postition in the second blank, and his place of employment  in the third blank.  Use item C for

3    the names, positions, and places of employment of any additional defendants.)

4    B.    Defendant: Huy Fong Foods Inc _____ is employed as

5    Food Services _____ at California _____

6    C.    Additional defendants:_____

7    _____

8    _____

9    _____

10    **3.**

11    ADMINISTRATIVE REMEDIES

12    A.    Place of Confinement: OSCI _____

13    B.    Is there a prisoner grievance procedure in this institution?  YES ( X ) NO (___)

14    C.    Did you present the facts relating to your complaint in the state preson grievance

15    precedure? YES (___) NO ( X )

16    D.    If your answer to C above is yes:

17       1.  What steps did you take?_____

18    _____

19       2.  What was the result?_____

20    _____

21    E.    If your answer to C above is no, explain why not: not Involves confinements, Tort to

22    DAS or multnomah co. Corkthase _____

23    _____

24    ///

1  F.  If there is no prison grievance procedure in the institution, did you complain to prison

2  authorities?  YES (____) NO (____)

3  F.  If your answere to F is yes:

4  1.  What steps did you take? _____

5  _____

6  2.  What was the result? _____

7  _____

8  ### 4.

9  ### STATEMENT OF CLAIM

10  State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is

11  involved.  Include, also the names of other persons involved, dates, and places.  Do not give any

12  legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims,

13  number and set forth each claim in a separate paragraph.  Use as much space as your need.

14  Attach extra sheets if necessary.

15  attached Pages as Statement Claims on additional Incidents defendant and Still are Committing

16  Damages on and after Incident

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

5.

RELIEF

State briefly exactly what you want the court to do for you.  Make no legal arguments.

Cite no case or statutes.

attached pages award 100,000,000

guilty by association

I declare under penalty of perjury that the foregoing is true and correct.

DATED this ___10th___ day of ___november___, 20 _15_.

___/s/___
(Signature)

12/3/15
ps

Print Name: _Peter Alexander Soria_

SID Number: _1583107_
3405 Deer Park Drive, SE
Salem, Oregon 97301

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

TO: Judge — Affidavit                                    Date: 9/25/15

State your issue in detail: I wrote Huy Fong foods, Inc on CA 6/11/15 While held in OSP, I wrote a New Product Idea that possibly the company may or may not have made a Revenue from my Idea was turning food Sauses into a Deep frying Batter for their product and all Sauses on market, Discrimination, Prejudice, Stereotyping of Incaration

### — Claims —

Extortion, Racketeering, fraud, forgery, economic abuse, mental abuse, negligence, Public embarrassment, Cruel and unusel punishment, attempt and conspiracy, Theft 1, coercion, Slander, Personal Injury Menacing, criminal misbeheif

### —relief—

full extent of law as a money award and legal expenses paid in full in a Timely manner of 24 hours of judgement to be Placed in Planitiff bank account at wellsfargo

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Peter Alexander Soria PAS | 15831107 | DSU-22b |

Response/Action Taken:

Date Received: _____   Referred To*: _____

Date Answered: _____   Signature of Staff Member: _____
'If forwarded, please notify the inmate

CD 214 (12/04)